# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



---

UNITED STATES OF AMERICA,

V.

**VRW**



**CR 09    0504**

SHOLEH A. HAMEDANI,
NASSER V. HAMEDANI,

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS: 18 United States Code, Section 1348 -
Securities Fraud

---

A true bill.

_____
                    Foreman

Filed in open court this ___12th___ day of

___May   2009___

_____
                    Clerk

Bail, $ __No Process__

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

─── OFFENSE CHARGED ───

VIOLATION:
Title 18, United States Code, Section 1348 - Securities Fraud.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Up to 25 years imprisonment; Fine $250,000 or twice the amount of loss or gain whichever is greater; Supervised Release up to 5 years and $100 Special Assessment.

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   TIMOTHY J. LUCEY

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED 09 MAY 12 PM 2:50

─── DEFENDANT - U.S ───

▶ SHOLEH A. HAMEDANI

DISTRICT COURT NUMBER

CR 09 - 0504 VRW

─── DEFENDANT ───

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                         Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

VIOLATION:
Title 18, United States Code, Section 1348 - Securities Fraud.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Up to 25 years imprisonment; Fine $250,000 or twice the amount of loss or gain whichever is greater; Supervised Release up to 5 years and $100 Special Assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---- DEFENDANT - U.S. ----

▶ NASSER V. HAMEDANI

DISTRICT COURT NUMBER
CR 09    0504

---- PROCE[REDACTED] ----

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): TIMOTHY J. LUCEY

---- DEFENDANT ----

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No     give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:            Before Judge:

Comments:

1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
09 MAY 12 PM 2:46
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VRW

| UNITED STATES OF AMERICA, | ) CR 09 0504 |
|---|---|
| Plaintiff, | ) VIOLATION: |
| v. | ) Title 18, United States Code, Section 1348 – Securities Fraud |
| SHOLEH A. HAMEDANI, NASSER V. HAMEDANI, | ) SAN FRANCISCO VENUE |
| Defendants. | ) |

INDICTMENT

The Grand Jury charges:

1. Beginning in or about 2002, and continuing to in or about August 2005, in the Northern District of California and elsewhere, the defendants

SHOLEH A. HAMEDANI and
NASSER V. HAMEDANI,

knowingly executed and attempted to execute a scheme and artifice to defraud in connection with a security, to wit, the securities of The Children's Internet, Inc. ("TCI") a company with its principal place of business in the Northern District of California and an issuer with a class of securities registered under Section 12 of the Securities Exchange Act of 1934 (15 U.S.C. 78l)



1  and that is required to file reports under section 15(d) of the Securities Exchange Act of 1934
2  (15 U.S.C. 78o(d)), and knowingly executed and attempted to execute a scheme and artifice to
3  obtain, by means of false and fraudulent pretenses, representations, and promises, money and
4  property in connection with the purchase and sale of a security, to wit, the securities of TCI, an
5  issuer with a class of securities registered under Section 12 of the Securities Exchange Act of
6  1934 (15 U.S.C. 78l) and that is required to file reports under section 15(d) of the Securities
7  Exchange Act of 1934 (15 U.S.C. 78o(d)).

8      2. On or about May 13, 2004, defendants executed the scheme and artifice to defraud by
9  filing, and causing to be filed, with the Securities and Exchange Commission in or about
10 Washington, D.C., a document known as Securities and Exchange Commission Form 424B2
11 (also known as a prospectus), that contained therein materially false and fraudulent pretenses,
12 representations and promises that, among other things, proceeds from the sale of the securities
13 being offered in the prospectus would be used to implement TCI's marketing and sales plan, for
14 technical operations, and to provide general operating capital, as set forth in the prospectus in the
15 sections entitled "Use of Proceeds" and "Plan of Operation," when, in fact, each defendant
16 intended to use the proceeds from the sale of the securities being offered in the prospectus for
17 other purposes, including personal expenses not related to TCI.

18      All in violation of Title 18, United States Code, Section 1348.

20 DATED:  5/12/09                              A TRUE BILL

22                                              _____
                                                FOREPERSON
23 JOSEPH P. RUSSONIELLO
   United States Attorney

26 _____
   BRIAN J. STRETCH
27 Chief, Criminal Division
28 (Approved as to form: _____ )
                         AUSA Timothy J. Lucey