| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 8/27/09 | CASE NUMBER CR 09-0504 VRW |
|---|---|---|---|

| NAME OF DEFENDANT SHOLEH HAMEDANI | ADDRESS OF DEFENDANT 4645 KINGSWOOD DR. DANVILLE CA 94506 | TELEPHONE NUMBER 925.786.0775 |
|---|---|---|

| NAME OF SURETY JAMSID GHOSSEIRI, UNCLE SHOKOO GHOSSEIRI, AUNT | RELATIONSHIP TO DEFENDANT SORAIYA SMIDA, SISTER SUSAN HARDY, 3RD COUSIN | ADDRESS OF SURETY 4122 QUAIL RUN DR. DANVILLE CA | TELEPHONE NUMBER 925-736-8879 |
|---|---|---|---|

| NAME OF CUSTODIAN ROAYA WOOLER | RELATIONSHIP TO DEFENDANT SISTER | ADDRESS OF CUSTODIAN 4645 KINGSWOOD DR. DANVILLE CA 94506 | TELEPHONE NUMBER 925.786.0787 |
|---|---|---|---|

| AMOUNT OF BOND $500,000 | ☐ UNSECURED ☒ SECURED BY unless less 50K to greenbox then 500K in | ☐ DEPOSIT RECEIVED RECEIVED FROM: property @ (Amu Loi) 4122 Quail Run Dr., Danville, CA | OTHER SECURITY POSTED TO BE POSTED BY: | TIME/DATE OF NEXT APPEARANCE 9/16/09 2:30 PM | COURTROOM/JUDGE JUDGE WILKEN |
|---|---|---|---|---|---|

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.

☒ Defendant shall not commit any federal, state, or local crime.

☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.

☒ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side. AND THE EASTERN DISTRICT COUNTIES OF YOLO, PLACER, AND SACRAMENTO, SOLANO.

☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in OAKLAND, CA. See addresses and telephone numbers on reverse side.

☒ Defendant shall surrender all passports and visas to the Court by 8/27/09 and shall not apply for any passports or other travel documents.

☐ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.

☒ Defendant shall remain in the custody of custodian Roaya Wooler at 4645 KINGSWOOD DR., DANVILLE CA, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.

☐ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.

☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.

☒ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.

☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.

☐ Defendant shall have no contact with any co-defendant out of the presence of counsel.

☒ Defendant shall not change residence without prior approval of Pretrial Services.

☐ Defendant shall comply with the following curfew: _____ to _____ .

☐ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of _____

☐ Defendant must ☐ reside in Halfway House _____ ☐ participate in Residential Treatment _____

☒ The following conditions also apply:

○ shall not have any contact, direct or indirect, with investors, current employees + former employees of TCI except for family (but no discussion of case)

[FILED stamp: AUG 27 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

### CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT [signed] | SIGNATURE(S) OF SURETY(ies) [signed] Surety |
|---|---|
| SIGNATURE OF CUSTODIAN [signed Roaya Wooler] | |
| THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY | SIGNATURE OF MAGISTRATE JUDGE [signed] | DATE 8/27/09 |

**CONTINUATION OF APPEARANCE BOND**

NUMBER: CR 09-0504 VRW

NAME: SHOLEH HAMEDANI

PAGE: 1

Shokoo Ghosseiri
Surety print name

*[signature]*
Signature of Surety

SURETY'S ADDRESS & PHONE NUMBER

4122 Quail Run Dr.

Danville, CA 94506

Phone Number: (925) 736-8879

Jamshid Ghosseiri
Surety print name

*[signature]*
Signature of surety

SURETY'S ADDRESS & PHONE NUMBER

4122 Quail Run Dr.

Danville CA 94506

Phone Number: 925-736-8879

**CONTINUATION OF APPEARANCE BOND**

NUMBER: CR 09-0504 VRW

NAME: SITOLEH HAMGDANI

PAGE: 2

SUSAN HARDY
Surety print name

Signature of Surety

SURETY'S ADDRESS & PHONE NUMBER

6252 Camino Del Lago

Pleasanton, CA 94566

Phone Number: (925) 249-9905

SORAIYA HAMGDANI
Surety print name

Signature of Surety

SURETY'S ADDRESS & PHONE NUMBER

4546 Kingswood Dr.

Danville, CA 94506

Phone Number: (925) 286-7574

AO 98A  (Rev. 11/07) Appearance and Compliance Bond (Page 2)

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that my net worth is the sum

__THREE HUNDRED THOUSAND__ dollars ($ __300,000__ ).

I further state that my income is $ __62,000__ and that I have not and do not have plans to file bankruptcy.

_____ /SUSAN HARDY
Signature of Surety

Sworn to before me and subscribed in my presence on __8/27/09__
Date

at __COURTROOM OF THE HONORABLE JUDGE EDWARD CHEN__ .
Place

_____  _____
Name and Title    Signature of Judge/Clerk

---

I, the undersigned surety, say that my net worth is the sum

__TEN THOUSAND__ dollars ($ __10,000__ ).

I further state that my ANTICIPATED income is $ __160 / WEEK__ and that I have not and do not have plans to file bankruptcy.

_____ /SORAIYA HAMEDANI
Signature of Surety

Sworn to before me and subscribed in my presence on __8/27/09__
Date

at __COURTROOM OF THE HONORABLE JUDGE EDWARD CHEN__ .
Place

_____  _____
Name and Title    Signature of Judge/Clerk

Justification Approved: _____
Signature of Judge