| | | |
|---|---|---|
| **Laurel Beeler** | To | "Lucey, Timothy |
| 01/29/2010 10:37 PM | cc | "John Reichmuth" |
| | b | |
| | Subject | Re: USA v. Hamedani |

Mr. Lucey:

Thanks for your email.  I do not have any recollection of this case.  As you pointed out, I did not prosecute the case, and I was not a supervisor.  I looked at the public-record indictment, and I did not recall ever having heard the names or anything about the case.  You should advise me if I'm mistaken.  Under these circumstances, I do not believe that there is a conflict that precludes my continuing the case as part of my non-dispositive case-managment responsibilities for Judge Wilkin while she is on periodic calendar adjustment.  (Obviously, because it's a felony, I cannot handle any dispositive matters in any event.)

You advised me -- with a cc to the defense -- that no one objects to my signing the continuance.  If that's wrong, you should advise me.  To make the record clear, I am cc'ing Lashanda Scott, my courtroom deputy, and she will file this email exchange as part of the public record.

Laurel Beeler
United States Magistrate Judge



01/29/2010 10:13 AM

Subject   USA v. Hamedani

Judge Beeler

I am writing you this message in connection with the forthcoming status conference in *United States v. Hamedani*

(CR 09 – 00504 CW), currently set for Monday, February 1, 2010, at 10 am, before this Court.

By way of background, all parties are in agreement as to a stipulation to a continuance of the matter until

March 18, 2010, with an appropriate exclusion based on complexity and effective preparation, among other grounds.  However, before we submit that stipulation for your consideration, the

government wanted to alert you to a potential recusal issue and permit you to advise parties how to proceed.

In preparation for and in advance of the government's indictment and superseding indictment in the matter last year, you may have become aware/been privy to certain documents and communications relative to the government's investigation and prosecution of the matter. However, government counsel confirms for the defense that you were never the assigned government counsel or supervisor on the matter. Government counsel also confirms that you did not attend any substantive and/or material meetings/discussions regarding the matter. As a result, the government believes there is no basis for recusal/conflict as to the matter.

I have been advised by counsel for the defense that, based on the government's representations as to your limited connection, if any, to the matter, the defense waives any conflict/recusal as to your review and granting of the continuance, subject to a reservation of rights as to further hearings/proceedings with you as to this matter.

Please advise the parties as to your thoughts as to how to proceed, particularly as to whether a short reference to the foregoing would be an appropriate addition to a stipulation and proposed order to continue the matter until March 18, 2010, on the court's 10 am criminal calendar.

Should you wish to discuss the matter with parties via a conference call, please be advised that AFPD Reichmuth is expected to be in court before your colleague, Judge Jensen, until approximately 11:30 am this morning and is also expected to be unavailable as of 1 pm this afternoon. In addition, government counsel will be unavailable beginning at 2 pm this afternoon.

The parties thank the Court in advance for its time and attention to this important matter.

AUSA Lucey


Timothy J. Lucey

Assistant United States Attorney

Securities Fraud Unit

United States Attorney's Office

Northern District of California

450 Golden Gate Avenue, 11th Floor

San Francisco, California 94102


ole0.bmp