1    BARRY J. PORTMAN
     Federal Public Defender
2    JOHN PAUL REICHMUTH
     Assistant Federal Public Defender
3    555 - 12th Street
     Suite 650
4    Oakland, CA 94607-3627
     Telephone:  (510) 637-3500
5
     Counsel for Defendant HAMEDANI
6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11
     UNITED STATES OF AMERICA,          )       No.  CR 09 - 0504 CW
12                                      )
                         Plaintiff,     )
13                  v.                  )
                                        )
14                                      )
     SHOLEH A. HAMEDANI,                )
15   NASSER V. HAMEDANI,                )
                                        )
16                       Defendants.    )
     _____)
17
         It is hereby STIPULATED by and between the parties that the release conditions in this

18   case be MODIFIED to include  Stanislaus County as among the counties to, and within which,

19   the defendants may travel.  Defense counsel asked Pretrial Services Officer Timothy Elder by

20   electronic mail if he has any objection to this requested modification and he stated by electronic

21   mail that he does not have any objection.

22

23

24

25
     //
26

                                              1

1   **STIPULATED:**

2

3   DATED:5/13/10                                         /s/
                                                JOHN PAUL REICHMUTH
4                                               Attorney for SHOLEH A. HAMEDANI

5

6
    DATED: 5/13/10                                        /s/
7                                               RANDY SUE POLLOCK
                                                Attorney for NASSER V. HAMEDANI
8

9

10  DATED:5/13/10                                         /s/
                                                TIMOTHY J. LUCEY
11                                              Assistant United States Attorney

12
            I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
13
    within this e-filed document.                  /S/ JOHN PAUL REICHMUTH
14

15
                                            **ORDER**
16

17
            Based on the stipulation of the parties and good cause appearing therefore, it is hereby
18
    ORDERED that the release conditions in this case be MODIFIED to include  Stanislaus County
19
    as among the counties to, and within which, the defendants may travel.
20

21
    **IT IS SO ORDERED.**
22

23
            5/14/10
    DATED:_____
24

25

26