BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone (510) 637-3500

Counsel for Defendant HAMEDANI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00504 CW |
| Plaintiff, ) | NOTICE OF ATTORNEY APPEARANCE |
| vs. ) | |
| SHOLEH A. HAMEDANI, ) | |
| Defendant. ) | |

    The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Ellen V. Leonida, enters her general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: September 13, 2010

                                                          Respectfully submitted,

                                                          BARRY J. PORTMAN
                                                          Federal Public Defender

                                                          /S/

                                                          ELLEN V. LEONIDA
                                                          Assistant Federal Public Defender