IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00504 CW |
| Plaintiff, | PRETRIAL ORDER |
| v. | |
| SHOLEH A. HAMEDANI, et al., | |
| Defendants. | |