1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:   (510) 272-0711
4
   Attorney for Defendant
5  NASSER V. HAMEDANI

6

7               UNITED STATES DISTRICT COURT

8              NORTHERN  DISTRICT OF CALIFORNIA

9                          –ooo–

10 UNITED STATES OF AMERICA,              CR. No.  09-0504-CW (LB)

11          Plaintiff,

12 vs.                                    **[PROPOSED] ORDER AND
                                          STIPULATION TO ADVANCE DATE
13                                        FOR STATUS HEARING**
14                                        _____

15 NASSER V. HAMEDANI, et al,

16          Defendants.

17 _____/

18
       Defendant Nasser Hamedani, by and through his counsel of record Randy Sue
19
   Pollock, and Sholeh Hamedani, by and through her counsel of record John Paul
20
   Reichmuth and Ellen Leonida, and Assistant United States Attorney Timothy Lucey
21
   hereby request that the status conference presently set for April 4, 2011 at 10 a.m. be reset
22
   to Wednesday, March 2, 2011 at 9:30 a.m.
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

1       This request is made as counsel for Mr. Hamedani is set to commence a lengthy
2 RICO trial before Judge Alsup on March 7, 2011 (*United States vs. Cerna*, et al, CR. 08-
3 730-WHA) and all of the dates previously set in this case must be changed to
4 accommodate her schedule.

6 Date: February 13, 2011                                        /s/
7                                                       JOHN PAUL REICHMUTH
                                                      ELLEN LEONIDA
8                                                       Counsel for Sholeh Hamedani

10 Date: February 13, 2011                                        /s/
11                                                       RANDY SUE POLLOCK
                                                      Counsel for Nasser Hamedani

13 Date: February 13, 2011                                        /s/
14                                                       TIMOTHY LUCEY
                                                      Assistant United States Attorney

17 SO ORDERED:    February 17, 2011                                      
                                                                     United States Magistrate Judge