```
1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorney for Defendant
5  NASSER V. HAMEDANI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NASSER V. HAMEDANI, et al,<br><br>　　　　Defendants.<br>_____/ | CR. No. 09-0504-CW (LB)<br><br>[PROPOSED] ORDER AND STIPULATION TO PERMIT TRAVEL OUTSIDE OF THE DISTRICT |

Defendant Nasser Hamedani, by and through his counsel of record Randy Sue Pollock, and Sholeh Hamedani, by and through her counsel of record John Paul Reichmuth and Ellen Leonida, and Assistant United States Attorney Timothy Lucey hereby request that both defendants be granted permission to travel to Orange County (CDCA) from July 27, 2012 to August 6, 2012. The purpose of this trip is to visit family member's prior to the defendant's period of incarceration.

///

///

///

///

Assistant United States Attorney Tim Lucey and U.S. Pretrial Officer Richelle Bracamonte have no objection to this travel.  The defendant's will provide Ms. Bracamonte with a detailed itinerary before their travel.

Date: June 30, 2012

/s/
JOHN PAUL REICHMUTH
ELLEN LEONIDA
Counsel for Sholeh Hamedani

Date: June 30, 2012

/s/
RANDY SUE POLLOCK
Counsel for Nasser Hamedani

Date: June 30, 2012

/s/
TIMOTHY LUCEY
Assistant United States Attorney

SO ORDERED: 7/3/12

United States Magistrate Judge
DONNA RYU