**FILED**

AUG 26 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>v.<br><br>SHOLEH HAMEDANI,<br><br>    Defendant. | Case No. 4:09-cr-00504-CW-1  (DMR)<br><br>**ORDER FOR PARTIAL REIMBURSEMENT OF COST OF COURT-APPOINTED COUNSEL** |

Sholeh Hamedani is the defendant in a petition for violation of supervised release conditions. The Court has reviewed the defendant's financial affidavit filed on August 26, 2015. The Court has found defendant eligible for appointment of counsel under the Criminal Justice Act, and has further found that defendant has sufficient assets to make partial payment for the representation.

It is therefore ORDERED that defendant shall partially reimburse the United States District Court for the Northern District of California for the cost of court-appointed counsel as set forth herein.

**IT IS FURTHER ORDERED** that defendant pay **$50.00 per month,** beginning **September 1, 2015, and the same day each month thereafter,** for her representation.

Dated: August 26, 2015

_____
DONNA M. RYU
United States Magistrate Judge